**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**MARY P. DERNER, SBN 142644**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile: (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant Chen Cuong LLC**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| CENTURY SURETY COMPANY, a corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHEN CUONG LLC, a limited liability corporation, GUQDONG CHEN, and JUYING RUAN, individuals,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00800-MCE-AC<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANT CHEN CUONG LLC TO RESPOND** |

　　　IT IS HEREBY STIPULATED and agreed by and between Plaintiff CENTURY SURETY COMPANY ("Plaintiff") and Defendant CHEN CUONG LLC ("Chen Cuong"), through their respective counsel and pursuant to Local Rule 144(a), that the time for Chen Cuong to respond to the Complaint shall be extended from June 8, 2022 to July 25, 2022.

　　　The requested extension is necessary to allow the attorney for Chen Cuong to obtain and review information and documentation necessary to respond to the Complaint. The requested extension also aligns with the July 25, 2022 due date for the individual defendants to file their responsive pleadings given that the individual defendants waived service under Rule 4(d) at the request of Plaintiff. The requested extension will also prevent the filing of a multiplicity of responses by defendants.

                                Respectfully submitted,

Dated: June 8, 2022                CAULFIELD LAW FIRM


                                By:   /s/ Andrew T. Caulfield
                                      Andrew T. Caulfield
                                      Attorneys for Defendant
                                      Chen Cuong LLC

Dated: June 8, 2022                WOOLLS PEER DOLLINGER & SCHER


                                By:   /s/ John E. Peer
                                      John E. Peer
                                      Attorneys for Plaintiff
                                      Century Surety Company

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 13, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE