**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**MARY P. DERNER, SBN 142644**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile: (916) 605-4075**
**mary@caulfieldlawfirm.com**

**Attorneys for Defendant Chen Cuong LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| CENTURY SURETY COMPANY, a corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEN CUONG LLC, a limited liability corporation, GUODONG CHEN, and JUYING RUAN, individuals,<br><br>  Defendants. | Case No. 2:22-cv-00800-MCE-AC<br><br>**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER TO EXTEND CLOSE OF DISCOVERY** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff CENTURY SURETY COMPANY ("Plaintiff") and CHEN CUONG LLC, GUODONG CHEN, and JUYAN RUAN ("Defendants"), through their respective counsel and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, that the Initial Pretrial Scheduling Order be modified to extend the close of discovery until January 25, 2024.

Plaintiff issued a Commercial Ocean Marine Policy ("Century Policy") to Defendants providing Marine General Liability coverage with respect to property located at 12414 State Highway 160, Courtland, California ("Property"). The Property includes two docks.

A fire occurred at the Property destroying a boat owned by Patrick Noone ("Noone"), moored at one of the docks at the Property. Patrick Noone, his wife, and children have asserted

1  claims against Defendants for damages caused by the fire ("Noone Claims").

2  Century agreed to defend Defendants against the Noone Claims subject to a reservation of
3  rights.  Century filed this action seeking to rescind the Century Policy based on alleged
4  misrepresentations made by Defendants in applying for the Century Policy concerning the presence
5  of the Noone boat at the dock.

6  Western World Insurance Company ("Western World") issued a Commercial Lines Policy
7  providing Commercial General Liability coverage to Defendants.

8  Western World agreed to defend Defendants against the Noone Claims subject to a
9  reservation of rights.

10  Western World is actively engaged in ongoing settlement negotiations with Noone to resolve
11  the Noone Claims.

12  Western World's settlement of the Noone Claims will impact, and likely resolve, this action
13  in which Century seeks to rescind the Century Policy because of the Noone Claims.  As such, the
14  parties to this action wish to avoid the time and expense of conducting discovery pending Western
15  World's settlement negotiations with Noone.

16  For these reasons, Plaintiff and Defendants agree and respectfully submit that good cause
17  exists to modify the Initial Pretrial Scheduling Order filed on May 11, 2022 to extend the current
18  close of discovery date of July 25, 2023 for six months until January 25, 2024.  It is further agreed
19  by Plaintiff and Defendants that pretrial dates in the Initial Pretrial Scheduling Order, including
20  those for expert disclosures and dispositive motions, will be based on the new close of discovery
21  date of January 25, 2024.

22  Respectfully submitted,

23  Dated: March 16, 2023                    WOOLLS PEER DOLLINGER & SCHER

24

25                                           By:   /s/ Brian W. Walsh
                                                   Brian W. Walsh
26                                                 Attorneys for Plaintiff Century Surety Company

27  //

28  //

Dated: March 16, 2023                    CAULFIELD LAW FIRM


By:   /s/ Mary P. Derner
       Mary P. Derner
       Attorneys for Defendant Chen Cuong LLC

Dated: March 16, 2023                    THE LESSER LAW GROUP


By:   /s/ Don A. Lesser
       Don A. Lesser
       Attorneys for Defendants
       Guodong Chen and Juying Ruan

## ORDER

Pursuant to Stipulation and good cause having been shown, IT IS SO ORDERED that the Initial Pretrial Scheduling Order is modified to extend the close of discovery until January 25, 2024.

IT IS SO ORDERED.

Dated:  March 19, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE