**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**MARY P. DERNER, SBN 142644**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile: (916) 605-4075**
**mary@caulfieldlawfirm.com**

**Attorneys for Defendant Chen Cuong LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| CENTURY SURETY COMPANY, a corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEN CUONG LLC, a limited liability corporation, GUODONG CHEN, and JUYING RUAN, individuals,<br><br>  Defendants. | Case No. 2:22-cv-00800-MCE-AC<br><br>**STIPULATION AND ORDER STAYING ACTION** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff CENTURY SURETY COMPANY ("Plaintiff") and CHEN CUONG LLC, GUODONG CHEN, and JUYAN RUAN ("Defendants"), through their respective counsel, that this action be stayed.

Plaintiff issued a Commercial Ocean Marine Policy ("Century Policy") to Defendants providing Marine General Liability coverage with respect to property located at 12414 State Highway 160, Courtland, California ("Property"). The Property includes two docks.

A fire occurred at the Property destroying a boat owned by Patrick Noone ("Noone") which was moored at one of the docks at the Property as well as personal property onboard the boat. At the time of the fire, the Noones were living on the boat. Noone, his wife, and children have asserted claims against Defendants for damages caused by the fire ("Noone Claims"). The Noones have not

filed a suit against Defendants. Mrs. Noone and her children are continuing to receive therapy as a result of the fire.

Century agreed to defend Defendants against the Noone Claims subject to a reservation of rights. Century then filed this action seeking to rescind the Century Policy based on alleged misrepresentations concerning the presence of the Noone boat at the dock, allegedly made by certain Defendants in applying for the Century Policy.

Separately, Western World Insurance Company ("Western World") issued a Commercial Lines Policy providing Commercial General Liability coverage to Defendants.

Western World has also agreed to defend Defendants against the Noone Claims subject to a reservation of rights.

Western World has been engaged in ongoing settlement negotiations with Noone to resolve the Noone Claims. Western World recently made a settlement offer to resolve certain of the Noone Claims for loss of the Noone boat and the personal property onboard the boat, lost wages and loss of rent for a home they rented to tenants which they moved to after the fire destroyed the boat. Mrs. Noone and the children are receiving ongoing therapy for emotional distress allegedly due to the fire. A settlement of the childrens' claims will require Court approval.

Western World's settlement of all of the Noone Claims will impact, and likely resolve, this action in which Century seeks to rescind the Century Policy because of the Noone Claims. As such, the parties to this action wish to avoid the time and expense of litigating this action pending Western World's settlement negotiations with Noone.

For these reasons, Plaintiff and Defendants agree and respectfully submit that good cause exists to stay this action for six (6) months up to and including December 31, 2023. It is further agreed by Plaintiff and Defendants that if the stay expires and is not renewed, or is otherwise lifted, the parties will promptly meet and confer and submit to the Court a further proposed scheduling order for all pretrial dates in the Initial Pretrial Scheduling Order, including those for discovery, expert disclosures and dispositive motions.

//

//

STIPULATION AND ORDER                                        Case No. 2:22-cv-00800-MCE-AC

Respectfully submitted,

Dated: June 27, 2023                         WOOLLS PEER DOLLINGER & SCHER

By:   /s/ John E. Peer
        John E. Peer
        Attorneys for Plaintiff Century Surety Company

Dated: June 27, 2023                         CAULFIELD LAW FIRM

By:   /s/ Mary P. Derner
        Mary P. Derner
        Attorneys for Defendant Chen Cuong LLC

Dated: June 27, 2023                         THE LESSER LAW GROUP

By:   /s/ Don A. Lesser
        Don A. Lesser
        Attorneys for Defendants
        Guodong Chen and Juying Ruan

**ORDER**

Pursuant to Stipulation and good cause having been shown, IT IS SO ORDERED that the action is stayed up to and including December 31, 2023.

IT IS SO ORDERED.

Dated: July 5, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE