**ANDREW T. CAULFIELD, SBN 238300**
**MARY P. DERNER, SBN 142644**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile: (916) 605-4075**
**mary@caulfieldlawfirm.com**

**Attorneys for Defendant Chen Cuong LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| CENTURY SURETY COMPANY, a corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEN CUONG LLC, a limited liability corporation, GUODONG CHEN, and JUYING RUAN, individuals,<br><br>    Defendants. | Case No. 2:22-cv-00800-MCE-AC<br><br>**THIRD STIPULATION AND ORDER STAYING ACTION** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff CENTURY SURETY COMPANY ("Plaintiff") and CHEN CUONG LLC, GUODONG CHEN, and JUYAN RUAN ("Defendants"), through their respective counsel, that this action be stayed for an additional six months, until December 31, 2024.

Plaintiff issued a Commercial Ocean Marine Policy ("Century Policy") to Defendants providing Marine General Liability coverage with respect to property located at 12414 State Highway 160, Courtland, California ("Property"). The Property includes two docks.

A fire occurred at the Property on April 8, 2022, destroying a boat owned by Patrick Noone ("Noone") which was moored at one of the docks at the Property as well as personal property onboard the boat. At the time of the fire, the Noones were living on the boat. Noone, his wife Kayla

1  McCall ("McCall"), and their two daughters asserted claims against Defendants for damages caused
2  by the fire ("Noone Claims").

3  Century agreed to defend Defendants against the Noone Claims subject to a reservation of
4  rights.  Century then filed this action seeking to rescind the Century Policy based on alleged
5  misrepresentations concerning the presence of the Noone boat at the dock, allegedly made by certain
6  Defendants in applying for the Century Policy.

7  Separately, Western World Insurance Company ("Western World") issued a Commercial
8  Lines Policy providing Commercial General Liability coverage to Defendants.

9  Western World also agreed to defend Defendants against the Noone Claims subject to a
10 reservation of rights.

11 Western World engaged in settlement negotiations with Noone to resolve the Noone Claims.
12 Western World and Noone settled claims for loss of the Noone boat and the personal property
13 onboard the boat, lost wages and loss of rent for a home they rented to tenants which they moved
14 into after the fire destroyed the boat.

15 The two daughters continue to receive therapy for emotional distress allegedly due to the fire.
16 As such, settlement of their claims must await the completion of their treatment and will require
17 Court approval.

18 Because the statute of limitations was expiring on April 8, 2024, Kayla McCall and Patrick
19 Noone filed a Complaint in Pro Per against Chen Cuong Enterprise LLC ("Chen Cuong") on April 2,
20 2024 in Sacramento County Superior Court, Case No. 24CV006161, alleging causes of action for
21 general negligence, premises liability, loss of consortium and negligent infliction of emotional
22 distress ("McCall/Noone Action").

23 Western World agreed to defend Chen Cuong in the McCall/Noone Action and appointed
24 defense counsel.  Defense counsel has propounded discovery in the McCall/Noone Action to assess
25 the damages alleged by McCall and Noone and to obtain information needed to subpoena medical
26 records.  This information is needed in order for Western Worl and defense counsel to further
27 engage in settlement negotiations with McCall and Noone.

28 Western World's settlement of the McCall/Noone Action and the two daughters' claims will

impact, and likely resolve, this action in which Century seeks to rescind the Century Policy. As such, the parties to this action wish to avoid the time and expense of litigating this action pending Western World's settlement of the McCall/Noone Action and the daughters' claims.

For these reasons, Plaintiff and Defendants agree and respectfully submit that good cause exists to stay this action for an additional six (6) months up to and including December 31, 2024. It is further agreed by Plaintiff and Defendants that if the stay expires and is not renewed, or is otherwise lifted, the parties will promptly meet and confer and submit to the Court a further proposed scheduling order for all pretrial dates in the Initial Pretrial Scheduling Order, including those for discovery, expert disclosures and dispositive motions.

Respectfully submitted,

Dated: June 14, 2024              WOOLLS PEER DOLLINGER & SCHER

                                  By:   /s/ John E. Peer
                                        John E. Peer
                                        Attorneys for Plaintiff Century Surety Company

Dated: June 14, 2024              CAULFIELD LAW FIRM

                                  By:   /s/ Mary P. Derner
                                        Mary P. Derner
                                        Attorneys for Defendant Chen Cuong LLC

Dated: June 14, 2024              THE LESSER LAW GROUP

                                  By:   /s/ Don A. Lesser
                                        Don A. Lesser
                                        Attorneys for Defendants
                                        Guodong Chen and Juying Ruan

**ORDER**

Pursuant to Stipulation and good cause having been shown, IT IS SO ORDERED that the action is stayed up to and including December 31, 2024. Not later than December 31, 2024, the parties shall file a further Joint Status Report with regard to the status of this action.

IT IS SO ORDERED.

Dated: June 21, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE